AO 240 (DELAWARE REV 5/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:
05 - 174

**FILED**
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, **Henry Fordham JR.**, declare that I am the (check appropriate box) ☑ Petitioner/Plaintiff/Movant ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration **Delaware Correctional Center 1181 Paddock Road Smyrna, Delaware 19977.**
   Are you employed at the institution? ☐ Yes ☑ No

   Do you receive any payment from the institution? ☐ Yes ☑ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes ☑ No
   b. Rent payments, interest or dividends               ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments     ☐ Yes ☑ No
   d. Disability or workers compensation payments        ☐ Yes ☑ No
   e. Gifts or inheritances                              ☐ Yes ☑ No
   f. Any other sources                                  ☐ Yes ☑ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes ☒ No

   If "Yes" state the total amount  $ __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.  NONE

I declare under penalty of perjury that the above information is true and correct.

Date: 2-7-05     Signature of Applicant  Henry Fordham Jr

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:     *Henry Fordham*   SBI#: *260756*

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   *January 5, 2005*

---

Attached are copies of your inmate account statement for the months of *July 1, 2004* to *December 31, 2004*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 1.30 |
| Aug | 1.30 |
| Sept | 1.24 |
| Oct | 4.53 |
| Nov | 2.14 |
| Dec | .35 |

Average daily balances/6 months: *1.81*

Attachments
CC:   File

*Stacy Shane*
1/5/05

1/5/05

NOTARY

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Henry Fordham SBI#: 260756

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 28, 2005

---

Attached are copies of your inmate account statement for the months of August 1, 2004 to January 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 1.30 |
| Sept | 1.24 |
| Oct | 4.53 |
| Nov | 2.14 |
| Dec | .35 |
| Jan | .03 |

Average daily balances/6 months: 1.60

Attachments
CC: File

Stacy Shane
2/28/05

3/2/05
Notary Public

# Individual Statement

From 8/1/2004 To 8/31/2004

NAME  Fordham, Henry J. Jr.
ACCOUNT ID  00260756
DORM  W1

COMMENTS:

Transactions For:

| TRANSACTION | DEPOSIT (OR WITHDRAWAL) AMOUNT | RECEIPT | PAYTO |
|---|---|---|---|

Friday, February 25, 2005

Page 1 of 1

# Individual Statement

Date Printed: 2/25/2005

## For Month of September 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.30 |
|---|---|---|---|---|---|---|
| 00260756 | Fordham | Henry | J | Jr. | | |

Current Location: SU/1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 9/24/2004 | ($0.25) | $0.00 | $0.00 | $1.05 | 12884 | | DST/STATUS SHEET | |

Ending Mth Balance: $1.05

# Individual Statement

Date Printed: 2/25/2005

Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00260756 | Fordham | Henry | J | Jr. | $1.05 |

Current Location: SU/1     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/4/2004 | $10.00 | $0.00 | $0.00 | $11.05 | 16406 | 4530385447-29229 | | S POBINSON |
| Canteen | 10/13/2004 | ($7.87) | $0.00 | $0.00 | $3.18 | 19646 | | | |
| Pay-To | 10/15/2004 | ($0.37) | $0.00 | $0.00 | $2.81 | 21071 | | DST/POSTAGE | |
| Canteen | 10/26/2004 | ($2.74) | $0.00 | $0.00 | $0.07 | 24746 | | | |

Ending Mth Balance: $0.07

# Individual Statement

## For Month of November 2004

Date Printed: 2/25/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00260756 | Fordham | Henry | J | Jr. | | |

Current Location: SU/1   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/19/2004 | $15.00 | $0.00 | $0.00 | $15.07 | 34418 | 15375208923-25921 | | |
| Canteen | 11/23/2004 | ($14.72) | $0.00 | $0.00 | $0.35 | 35450 | | | N SIMMONS |

Ending Mth Balance: $0.35

## Individual Statement - No Transactions This Month

Date Printed: 2/25/2005                                                                                       Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.35 |
|---|---|---|---|---|---|---|
| 00260756 | Fordham | Henry | J | Jr. | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.35 |

# Individual Statement

## For Month of January 2005

Date Printed: 2/25/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.35 |
|---|---|---|---|---|---|---|
| 00260756 | Fordham | Henry | J | Jr. | | |

Current Location: SU/1      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2005 | ($0.35) | $0.00 | $0.00 | $0.00 | 52121 | | | |

Ending Mth Balance: $0.00