IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

APPELLANT, Henry Fordham §
§
v. § CIVIL ACTION NO. 05-174
§
§
APPELLEE. DCC §
LT William Yogas

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Henry Fordham JR., pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 2-7-05.              Henry Fordham JJR.

Delaware Corr. Center
Smyrna, DE 19977