1.

To Judge Joseph J. Farnan JR. (JJF)
From Henry Fordham S.B.I 260756
Case Number: 1:05-CV-174

FILED
CLERK U.S. DISTRICT COURT 7-05.
DISTRICT OF DELAWARE
2005 APR 15 PM 4:12

I Henry Fordham J. JR. have been incarcerated 23 months on 11, 2003 I was ordered by a Superior Court Judge name Judge James T. JR Vaughn. To participate and complete this Greentree program here at D.C.C. for 90 days to six months at the time I was awaiting on my paperwork of completion and I also envolved my self into other programs such as Narcotics Anonymous. I was taking all these drug programs serious. During the 6 months I participated in the programs I did not break any of the program rules I went to the last stage of the Greentree program Self will v/s Acceptance Six, the first requirement is that we be convinced that any life run on self will can hardly be successful. On that basis we are almost always in collision with somebody or something. On 8-28-04 and 9-3-04 I Henry Fordham was Sexual Assaulted by a Corrections officer here at D.C.C. and was told by that officer LT William Yoga that if I tell anyone about the assault that he was going to make my life hell or kill me inside this prison are outside of this prison when I tried to tell some one about the sexual assault the officer then retaliated and written me up on false reports and had me moved out the greetree program and was told that as long as I am inside this prison I will be in maxs SHU an I can forget about going back to this program. I was barred from the program in retaliation I have written my sentencing Judge and told him that I was barred from the program in retaliation and that I was sexual abuse and when I tried to get help the officer then retaliated

2.

Equal Protection:

Now D.C.C. is in retaliation, as long as I am inside this prison I will not be able to do this court order program with this crisis going on here at D.C.C. I have also been absence of all my classification for the past 1 year and I can prove that. I can prove that the motivation for denial of access to this program is in and still today right now in retaliation for the Sexual Assaulted. I also have written all over this prison and know one is helping me are writeing Back I am Starting to fear for my life inside of this prison. I have written my Sentencing Judge I told him about the abuse and I have not heard anything Back from him. I am writeing to this court to the District Court U.S. and I am asking for relief I am asking that the Spirit of this U.S. District Court help me in anyway I am know longer self in this prison I fear for my life, I am believeing that I would sustain physical harm inside of D.C.C. I am asking that the Spirit of the Court release me from the custody of D.C.C. Till the lawsuit is over and sent to another prison in the state of Delaware I am in danger of prison harm. I Henry Fordham pray that this Court help me, and grant me relief from this prison to another prison A.S.A.P

Thank you,

Henry Fordham
SBI 260756.
Del. Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977.

3

I Henry Fordham SBI 260756. have written my sentencing Judge and Told him about the sexual assault and that I have Been barred from his court order program in retaliation I have not heard Anything Back from the Superior court Judge James T Vaughn, I also Told him that my life is in danger inside of this prison and that D.C.C. is now in retaliation and I now fear that physical harm will be Done as long as I am in the care of D.C.C. I also have written To all the prison officer and ask for there help, Know one is helping me that's why I am writeing This Letter. The Judge he is not Doing anything aBout this the prison is not Doing any thing aBout this matter at hand, that why I am asking that the United States District court grants me relief from This prison To another prison or relief I pray that the court grants me relief from D.C.C. Thank you
Henry Fordham SBI 260756

I/m Henry Fordham,
SBI 260756
Unit SHU-17-L-C-8
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware,
19977.

I/M Henry Fordham.
SBI# 260756    UNIT SHU-17-L-C-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801