IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HENRY J. FORDHAM, JR.,            )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civ. No. 05-174-JJF
                                  )
LT. WILLIAM YOGA, WARDEN          )
THOMAS CARROLL, STAFF,            )
THE DEPARTMENT OF CORRECTION,     )
and MENTAL HEALTH DEPARTMENT      )
STAFF,                            )
                                  )
        Defendants.               )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 14, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, on May 24, 2005, the plaintiff paid the initial partial filing fee of $0.83;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this _1_ day of _June_, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any remaining balance on the previously assessed $250 filing fee.

_____
United States District Judge